No. 88–983.  LACEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 88–985.  TECHNOGRAPH LIQUIDATING TRUST v. GENERAL MOTORS CORP.  C. A. 3d Cir.  Certiorari denied.

No. 88–987.  HESSE v. BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT NO. 211, COOK COUNTY, ILLINOIS, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 88–991.  U. S. ROOFING CORP. v. OWENS-CORNING FIBERGLAS CORP.  C. A. 6th Cir.  Certiorari denied.

No. 88–993.  LINKOUS v. LINKOUS.  Ct. App. Tex., 14th Dist. Certiorari denied.

No. 88–997.  HIGGINS v. UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 88–1001.  OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. v. CONOCO, INC.  C. A. 10th Cir.  Certiorari denied.

No. 88–1002.  BROIDA v. NEWBOLD.  C. A. 11th Cir.  Certiorari denied.

No. 88–1004.  CAMBRIDGE PROPERTIES, INC. v. BATON ROUGE PRODUCTION CREDIT ASSN.  C. A. 5th Cir.  Certiorari denied.

No. 88–1005.  HAYNES v. SEATTLE SCHOOL DISTRICT NO. 1 ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 88–1006.  JAYNES v. TEXAS.  Ct. App. Tex., 14th Dist. Certiorari denied.

No. 88–1007.  LINN v. PIERCE, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.  C. A. 7th Cir.  Certiorari denied.

No. 88–1010.  LANDAHL, BROWN & WEED ASSOCIATES, INC. v. LONGARDNER & ASSOCIATES, INC.  C. A. 7th Cir.  Certiorari denied.